IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL L. MCMILLIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-00294 |
| | ) Judge Aleta A. Trauger |
| LOWE'S HOME CENTERS, LLC, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff Paul McMillin's construed objections (Doc. No. 54) are **OVERRULED**, and the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 51) is **ACCEPTED** in its entirety. In accordance therewith, the defendant's Motion for Summary Judgment (Doc. No. 36) is **GRANTED**, and this case **DISMISSED**. The plaintiff's pending motion to set a trial date (Doc. No. 49) is **DENIED AS MOOT**.

This is the final Order in this case for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge